# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DWIGHT L. ALLEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| MICHELLE HAMILTON, et al., | : | |
| Defendants. | : | NO. CV209-35 |

## O R D E R

On June 30, 2009, Magistrate Judge James E. Graham entered a report and recommendation suggesting dismissal of Plaintiff's claims in their entirety. Presently before the Court are Allen's objections to the report and recommendation. After an independent review of Allen's objections to the Magistrate Judge's findings, the Court concurs with the Magistrate Judge's suggested disposition of the case and hereby **ADOPTS** the report and recommendation as the order of the Court.[1] Plaintiff's objections are **OVERRULED**. Dkt. No. 11. The Clerk shall enter judgment accordingly.

**SO ORDERED**, this 21st day of July, 2009.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that Sheriff Bill Smith and the Southeast Georgia Health System were erroneously made Defendants in this action, although Plaintiff asserted no claims against either party in the instant action.